# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **HORTENCIA GARCIA,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-CV-865 |
| § | JURY TRIAL DEMAND |
| **HOBBY LOBBY STORES, INC.,** § | |
| § | |
| *Defendant.* § | |

# COUNSEL OF RECORD AND INFORMATION PURSUANT TO LOCAL RULE CV-81(C)

(1) A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

    *Plaintiff*    Hortencia Garcia

    *Defendant*    Hobby Lobby Stores, Inc.

    The removed case is currently pending.

(2) A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a).

    See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit A***.

(3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

| THE LAW OFFICES OF KELLY T. CURRAN | MAYER LLP |
|---|---|
| 5720 LBJ Freeway, Suite 440 | 750 North Saint Paul Street, Suite 700 |
| Midtown Office Center | Dallas, Texas 75201 |
| Dallas, Texas 75240 | 214.379.6900 / F: 214.369.6939 |

Ricky Kemp
State Bar No. 24077645
E-Mail: E-Service@KTCLAWFIRM.com

*Counsel for Plaintiff*
*Hortencia Garcia*

Robin R. Gant
State Bar No. 24069754
Southern Bar No. 2364643
E-Mail: rgant@mayerllp.com
Zach T. Mayer
State Bar No. 24013118
Southern Bar No. 604832
E-Mail: zmayer@mayerllp.com

*Counsel for Defendant*
*Hobby Lobby Stores, Inc.*

(4) A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number);

Defendant, Hobby Lobby Stores, Inc. has requested a trial by jury.

(5) The name and address of the court from which the case is being removed.

352nd Judicial District Court
Tom Vandergriff Civil Courts Building – 4th Floor
Thomas A. Wilder, Tarrant County Clerk
100 N. Calhoun
Fort Worth, Texas 76196-0402

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / F: 214.369.6939

By: /s/ *Robin R. Gant*
    Robin R. Gant
    State Bar No. 24069754
    Southern Bar No. 2364643
    E-Mail: rgant@mayerllp.com
    Zach T. Mayer
    State Bar No. 24013118
    Southern Bar No. 604832
    E-Mail: zmayer@mayerllp.com

***Attorneys for Defendant***
***Hobby Lobby Stores, Inc.***

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 28, 2022, the foregoing *Counsel of Record and Information Pursuant to Local Rule CV-81(c)* was electronically filed, as required by the United States District Court for the Northern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Northern District of Texas:

| | |
|---|---|
| Ricky Kemp<br>State Bar No. 24077645<br>Midtown Office Center<br>5720 LBJ Freeway, Suite 440<br>Dallas, Texas 75240<br><br>*Counsel for Plaintiff*<br>*Hortencia Garcia* | ☐ E-MAIL (E-Service@KTCLAWFIRM.com)<br>☐ HAND DELIVERY<br>☐ FACSIMILE<br>☐ OVERNIGHT MAIL<br>☐ REGULAR, FIRST CLASS MAIL<br>☒ CM/ECF<br>☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

                            /s/ *Robin R. Gant*
                            Robin R. Gant