# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HORTENCIA GARCIA** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:22-CV-865** |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **HOBBY LOBBY STORES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT HOBBY LOBBY STORES, INC.'S INDEX OF MATTERS BEING FILED

Defendant HOBBY LOBBY STORES, INC. files this Index of all documents filed in

the State Court Action:

(1)     Plaintiff's Original Petition filed August 19, 2022;

(2)     Citation issued for Hobby Lobby Stores, Inc. issued on August 19, 2022;

(3)     Return of Service returned August 23, 2022;

(4)     Defendant Hobby Lobby Stores, Inc.'s Original Answer and Demand for Jury Trial filed September 16, 2022; and

(5)     Defendant Hobby Lobby Stores, Inc.'s Objections to Plaintiff's Rule 193.7 Notice of Intent filed September 16, 2022.

Respectfully Submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / Fax: 214.389.6939

By: _/s/ Robin R. Gant_
    Robin R. Gant
    State Bar No. 24069754
    E-Mail:  rgant@mayerllp.com
    Zach T. Mayer
    State Bar No. 24013118
    E-Mail:  zmayer@mayerllp.com

***Attorneys for Defendant***
***Hobby Lobby Stores, Inc.***

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 29, 2022, the foregoing *Index of Matters Being Filed* was electronically filed, as required by the United States District Court for the Northern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Northern District of Texas:

Ricky Kemph
THE LAW OFFICES OF KELLY T. CURRAN
5720 LBJ Fwy., Suite 440
Dallas, Texas 75240

*Counsel for Plaintiff*
*Hortencia Garcia*

☐E-Mail
☐Hand Delivery
☐Facsimile
☐Overnight Mail
☐Regular, First-Class Mail
☒CM/ECF
☐Certified Mail/Return Receipt Requested

_/s/ Robin R. Gant_
Robin R. Gant