352-335675-22

FILED
TARRANT COUNTY
9/6/2022 3:19 PM
THOMAS A. WILDER
DISTRICT CLERK

## THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

### CITATION

Cause No. 352-335675-22

HORTENCIA GARCIA
VS.
HOBBY LOBBY STORES, INC.

TO: HOBBY LOBBY STORES INC

B/S REG AGT/CSC-LAWYERS INCORPORATING SERVICE CO 211 E 7TH ST STE 620 AUSTIN TX 78701-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 352nd District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

HORTENCIA GARCIA

Filed in said Court on August 19th, 2022 Against
HOBBY LOBBY STORES INC

For suit, said suit being numbered 352-335675-22 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

RICKY KEMPH
Attorney for HORTENCIA GARCIA Phone No. (469)730-3007
Address    MIDTOWN OFFICE CENTER 5720 LBJ FWY STE 440 DALLAS, TX 75240

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 22nd day of August, 2022.

By _Nykole Taylor_
NYKOLE TAYLOR

A CERTIFIED COPY
ATTEST: 08/22/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Nykole Taylor

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN *35233567522000004*

Received this Citation on the 23rd day of August 2022 at 11 o'clock A M; and executed at 911 E. 7th Street #620 Austin TX 78701 within the county of Travis, State of Texas at 12:26 o'clock P M on the 29 day of August, 22 by delivering to the within named (Def.): Hobby Lobby Stores Inc by serving registered agent Corporation Service Company defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

PSC #19969 Exp. 6/30/23

By CMRRR 7022 0410 0003 33 010404

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $ _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said Daisy Garcia before me this 15 day of September, 22
to certify which witness my hand and seal of office
(Seal)                    _Carrie M Dean_
                          County of Dallas, State of Texas

CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

A CERTIFIED COPY
ATTEST: 09/19/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Wei Guidry

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hobby Lobby Stores INC
CORPORATION SERVICE COMPANY
211 E. 7th STREET., #620
AUSTIN, TEXAS 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Viva Tejas Logistics (AAO)  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  AUG 29 2022  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

9590 9402 7554 2098 9250 84

2. Article Number (Transfer from service label)
7022 0410 0003 3301 0404

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

A CERTIFIED COPY
ATTEST: 09/19/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Wei Guidry